## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**DOYLE BYRNES**,

              Plaintiff,

       vs.                              Civil Action No. _____ 10-2690-EFM-DJW

ORAL ARGUMENT REQUESTED

**JOHNSON COUNTY COMMUNITY COLLEGE**,

and

**DR. CLARISSA CRAIG**
in her individual and official capacities

and

**MS. JEANNE WALSH**
in her individual and official capacities

and

**MS. AMBER DELPHIA**
in her individual and official capacities

and

**DR. MARILYN RHINEHART**
in her individual and official capacities

and

**DR. DENNIS DAY**
In his individual and official capacities

              Defendants.

## MOTION FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

      COMES NOW, Plaintiff Doyle Byrnes, by and through her attorney of record and

pursuant to Rule 65(a) of the Federal Rules of Civil Procedure hereby moves the Court for the

entry of a temporary restraining order, and thereafter a preliminary injunction in the above-titled cause enjoining Defendant Johnson County Community College ("JCCC"), Dr. Clarissa Craig, Ms. Jeanne Walsh ("Director Walsh"), Ms. Amber Delphia, Dr. Marilyn Rhinehart, and Dr. Dennis Day, their agents, servants, employees and attorneys from enforcing the dismissal of Ms. Byrnes from the JCCC Nursing Program ("JCCC Nursing"). In support of this motion, Plaintiff respectfully submits the following for review and consideration, and further directs the court to Plaintiff's Suggestions in Support of the Motion for Temporary Restraining Order and Preliminary Injunction:

1. Plaintiff will suffer irreparable injury unless the injunction issues;

2. The threatened injury to Plaintiff outweighs whatever damage the proposed injunction may cause the Defendants;

3. The injunction, if issued, would not be adverse to the public interest; and

4. There is a substantial likelihood that Plaintiff will prevail on the merits of her claim.

WHEREFORE, Plaintiff Byrnes prays for this Court's issuance of a temporary restraining order and preliminary injunction:

A. Declaring that Defendants' actions are in violation of the Fourteenth Amendment to the United States Constitution;

B. Ordering Defendants to : (i) reinstate Plaintiff to full student status, retroactive to November 10, 2010; (ii) permit her to take her final examinations on the subjects in which she was enrolled at the time of her dismissal; and (iii) permit her to make up her clinical coursework under proper supervision.

C. And for any other and further relief as this court deems equitable and just.

Respectfully submitted,

COHEN McNEILE & PAPPAS, P.C.


/s/ Clifford A. Cohen
Clifford A. Cohen -              KS #08681
4601 College Blvd., Suite 200
Leawood, Kansas  66211
(913) 491-4050; Fax (913) 491-3059
ccohen@cmplaw.net
ATTORNEYS FOR PLAINTIFF