# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| **DOYLE BYRNES,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   Case No. 10-2690-EFM-DJW |
| | ) |
| **JOHNSON COUNTY** | ) |
| **COMMUNITY COLLEGE, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. Rule 41(a)(A)(ii), the parties hereby stipulate and agree that the Petition of Plaintiff Doyle Byrnes against Johnson County Community College, et al. shall be dismissed with prejudice, each party to bear their own costs.

Respectfully submitted,

COHEN McNEILE & PAPPAS, P.C.

/s/ Clifford A. Cohen_____
Clifford A. Cohen            KS #08681
4601 College Blvd., Suite 200
Leawood, KS 66211
(913) 491-4050
(913) 491-3059 / fax
ccohen@cmplaw.net
*Attorney for Plaintiff*

        GATES, SHIELDS & FERGUSON, P.A.

/s/ Mark A. Ferguson_____
Mark A. Ferguson              KS #14843
10990 Quivira, Ste. 200
Overland Park, KS 66210-1284
(913) 661-0222
(913) 491-6398 / fax
markferguson@gsflegal.com
*Attorney for Defendants*